# United States District Court
## Southern District of New York

Yvonne Frost

_____
Write the full name of each plaintiff.

20 CV 448

(Include case number if one has been assigned)

-against-

World Trade Center
NYPD
City of New York (HRA)
NYC MTA

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☐ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Different Treatment_
_Abuse Of Power_

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                         (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Yvonne _____ Frost _____
First Name          Middle Initial          Last Name

40 Ann Street _____
Street Address

New York _____ NY _____ 10038 _____
County, City                    State              Zip Code

_____          Yvonne.Frost1@aol.com _____
Telephone Number                Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _World Trade Center_
First Name                Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)
_New York_          _NY_
County, City        State        Zip Code

Defendant 2: _NYC MTA_
First Name                Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)
_Brooklyn_          _NY_
County, City        State        Zip Code

Defendant 3: _City of New York (MTA)_
First Name                Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)
_New York_          _NY_
County, City        State        Zip Code

Defendant 4: _N.Y.P.D_
First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
_New York_        _NY_
County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _New York, Bronx, Brooklyn, NJ_

Date(s) of occurrence: _5 years ago — 1/16/20_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Yvonne! Yvonne! My name softly echoed. It was Aleisha Johnson calling out my name to get my attention. Alecia Johnson tells me "Can you change my name for me in the name of Jesus"? Aleisha Johnson goes on to say to me "I am one of the luckiest person and she is hiring me for this job". Aleisha is now long dead.
    I in turn tells Aleisha Johnson "that is why Jesus give me plenty children".
Aleisha Johnson tells me a little bit of the problem in her life. Via vision I saw Aleisha peeing blood. Aleisha says "You know I peeing like this all the time" — disability is good for nothing."
Aleisha was one who contracted this vaginal

Page 5

disease selling her cheap ass on the Food-Network. Last week Jesus said "He knows someone who contracted a disease from the Food-Network." I took stock of it and let it sit.

People found out about Aleisha's vaginal disease. She got fined and she ran. Via vision I heard one of the world's biggest bullies and manipulators told her "You ran and left Ms. Chai - you have to eat her".
Do you see why Jesus said to me: Yvonne!

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Shock. Pain and suffering. Headaches. Exposure from extreme weather. No life. Heartache. Decreasing eyesight and memory from 2 botched MRI's. Sexual assault(s). Shattered thorax.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to order the defendants compensate me for wrongful action and unite me in our luxurious house with my kids.
Order the defendants compensate Aleisha's family and open a "Go Fund Me" Page in her name.

FACT 2

you cannot let these people live."
I heard something about "You said I have to sign a paper first thing this morning."

Akeisha was seen with an expensive ornament and was asked about where she bought the ornament. Akeisha answered "I did not buy it" - "I know where you put your money." Akeisha said "she was going to take more of it."

"Oh my good" I heard someone said.

There was a struggle and jostle to get inside. One person said "let go, let go" as she was gaining grounds in getting the upper hand. Akeisha wanted to get the same upper hand but was stopped.

Akeisha was stopped by a force — by psychic penetration and possibly paralysed. I watched one lady pressing down hard with her fingers and fist into Akeisha's forehead. As I watched the two people struggle I felt every pain and the emotions in the jostle and struggle. There was an unknown eerie power operating — I felt it. Evil came around and over me — not a good feeling.

The woman said to Akeisha "You running do you know I can fly?"
Akeisha was to be killed with a dirty gun first but a snake passed under a door and presented a clean or new gun. It was used to wipe the baby's nose. I heard someone said "get a clean one — not that."

Don't you there make fun about the great big God that I serve!

FACT 3

What did you all say to Aleisha after you all killed her? "Go home and tell your mom and dad good morning now."

Wait a minute here, wait a minute here. I heard you said "You processing Aleisha's disability." What in the world! You see why Jesus said "Yvonne you cannot let these people live."

Wait a minute here. There is more. Jesus said "Yvonne open your eyes there are restaurants open new all over the place."

I now see the reason why Aleisha would fling her dirty panty straight at me and tell me "Ah looking for my mom this morning - here is my dirty panty."

There are all different types of new restaurants. To hide cash away a few are home based. Yesterday I saw Organic Home Delivery. When you all get the money I heard one tell another "happy holidays."

There is more. Yes! The defendants dump Aleisha's body on the train track to rule out the cause of death. They did that to me to but Jesus kept me alive.

I would like to ask the court to confiscate all money/income received from newly opened restaurants etc and open a Go Fund Me account in Aleisha's name to help others affected the way Aleisha was.

I would like to ask the court to compensate Aleisha's CHILD/MOM/DAD/SIBLINGS (immediately). I would like to ask the court to put the Food Network cheap ass business up in flame. Burn it down.

There was a flyer posted of Aleisha Johnson on

FACT 4

a wall. I read the contents and said "The all knowing God - Thou knowest all things - Show me who did this. I heard via vision "You already looking at a memorial - You don't know. You just stand there and look."

Moving on.

The defendants wants me out the environment and their faces. The defendants have treated me differently in the past and presently. The defendants view me as a serious threat to them and what I believe to be their filthy business.

The defendants know my profile they have studied me well. They know my strengths and weaknesses. Based on all these things the defendants have set up workers, friends and or acquaintances to defeat me, cripple me and even kill me.

The defendants have made my life a living hell. I have been writing about their treatment towards me for years now. Those years are patterns or track records of them. They have just been adding and becomming nastier in their treatment towards me.

From physical evidence it appears one of the defendants could or maybe perverted. Recently too many men have been whipping out their penises and flashing me with them.

I look at patterns to form a story or conclusion. A couple minutes after stepping foot at the Oculus building two "deranged vagrants" starts to walk around the balcony and oculus level. It is the same two all the time and they appear deranged to me. I know it is two different forces/energies at work in the environments I believe they were sent

FACT 5

to compete with each other. Other times I believe it is just to run me out of Oculus.

It is sad because I go over mostly to let the people eat from the vessel I carry. It appears Oculus does not want their business partner boost by a good source but another inferior one. They have already partly or wholly profitted off me and the secure babies without my signature.

There is no way I can get away from Oculus alarm. I am not that lucky. It happens anytime. Apart from the secure babies assigners. People who appear to me as the worse homeless and vagrants soon show up right behind me after I enter Oculus or Fulton Center's restrooms. There are patterns of it. It appears these few receive a small pittance for their nuisance act(s).

If these workers do not want me to go back out and give them ten minutes to finish mop they want me to leave because one lock on a bath room stall do not work. For crying out loud. You do not have to do that when I am present. I know the defendants are targetting me singling me out.

Over the years to present I see patterns at World Trade Center, Oculus and Fulton Center as Bias, discriminating, persecution, power struggle and oppressed. I see in 3D. I am able to see most things ordinary people cannot or would not be able to see. I would never be able to understand why someone would purposely keep another disable or fearful to profit off them.

The defendants view me as a threat more so

FACT 6

because of my gift — the things I was blessed to see. The defendants are threatened by it and even once tried to buy "the gift" from me. The defendants once tried to steal the gift and twice completely destroy it.

Once again the gift is not for sale. It is to be used to pull down, pluck out and uproot evil and wickedness.

I would like to ask the court to order the defendants compensate me for wrongful action. Only this morning about 2:20am a man came and sat next to me semi exposing himself to me. It occurred at 23 Street. I loudly shouted if there were any police on the platform or around.

There were only NYC MTA workers at the end of the platform. They did not budge. I believe they heard and are the ones who sent the "flasher". I would like to ask the court to unite me with my kids in our house. The defendants would be guaranteed of not seeing me any more.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 1/16/20 | Yvonne Frost |
| Dated | Plaintiff's Signature |
| Yvonne | Frost |
| First Name   Middle Initial | Last Name |
| 48 Ann Street | |
| Street Address | |
| New York | NY     10038 |
| County, City | State    Zip Code |
| | Yvonne.Frost1@aol.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.